# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE

IN RE:                             )
                                        )
    CASE REASSIGNMENTS             )

Pursuant to 28 U.S.C. § 137, the following criminal cases are hereby **REASSIGNED** to the Honorable Danny C. Reeves, United States District Judge:

        3:11-CR-35    United States of America v. Michael A. Ogle

        3:11-CR-133   United States of America v. William Clint Thornell

        3:12-CR-165   United States of America v. Oscar Gillispie

        3:12-CR-171   United States of America v. Steven Marshall Fout

**IT IS SO ORDERED.**

s/ Thomas A. Varlan
CHIEF UNITED STATES DISTRICT JUDGE