Hello

My name is Steven Fout. I am
twenty seven years old from East Tennessee
I will be coming out of my comfort zone
telling you about me. I went to school
in Monroe county I was a special ed
stuent out all my school year
When I was seven years old till I was
nine years old I was vic tem mized
from a guy named Dan Pugliese
at the time he was a step fanther
At ten years old I was dia gnosed with
a epptical brain canser do to the
Nuro fibro matssis I hed. I underga
chemo tharpy for a year in a half,
I was going blind. At eleven years old
my little brother passed away at
ten years old.
By the time I was thirteen I was
totally blind in my right and half way
in my left. Making it even more
harder to lean.

I was going through thanpy Cause
of my be havion Alittle bit about
my pest hed me Chonge my behovier
in away I wanted to be invis eble.
I fecnd out while I wes in School
I heve Autism trodes.
My cognetive Skills wes alittle poor
in away I wes Called intellec tuel
challenged, Thenpy wes trying to help
me with thet.
It mede it hand for me to make
friends and get along with people.
I wes Called a retared boander line
mentally Challenge
Found out the friends I hed used me
couse I hed one thing thot they
don't a Compu ten and internet.
Not Knowing whet my Priends
wes doing en my computer behind
my beck wes hend to Control couse
of my eye Sight.

Still no matter what my friends done I am still responeable for it all Even though I did not down load videos and images I am responce able for it couse I gave my friends acess to my computer and internet.
On November 2009 the FBI came to my house needing to search my computer couse on IP address the FBI was checking trased back to my desk top Computer useing a prognom called giga tribe. The FBI searched my room and took two desktop computer and one hap top Computer, and mine and my friends flesh drive with me not knowing what my friend heden his flesh drive.
The FBI said no chonges will be pressed Did not heve me to sign any thing but a suninder of property sheet,

Three months later FBI called
letting me know my laptop is cleared
and will be Fedex back to me.
It was 2016 still no changes was
filed.
I went back to therapy and counseling
looking to change my life and who
I hanged around with. I did not
want to get caught up in more trouble
A phone call December 2016 I needed
to report to the FBI offices. The
are other things Federal agent
huna need to talk to me about.
I showed up with my mom and
grand mother cause I can't drive
do to my eye sight. Me being blind
did not help me even with doctor
records. I can only see some what
clearly eighteen inches finger
count from my face.

When I got to prison in Seago ville
Texas I wes on medecation thet
helps me fundtion Psychology
had took me off telling me nothing
is wrong with me to stop faking.
With no testing Based on Oppion
and and speceletion I wes found thet
I wes melingering.
With how young I look and do thet
I wes just turning twenty four
at the time I got sexcually assaulted
by a men who wes in prison with a
hands en befer he came in to the
feds. I wes in one of the stalls
late at night useing the rest room
when Inmate Jimmie Davis
came in and forced me to suck his
penis.
I wes told If I sey any thing thet
he would Kill me I wes scored.
and didn't know whet to do.

Do to this prison is alow It didnot
have security cemenas in the
Houseing units. I had no proof.
I steied away from this guy.
Alot of noomers wont a nand that this
guy is going to get me alone in the
showers So I showered deoning different
times. He caoght me in the shower
by my self.
He get me withmy back tunned and
neped me with a glove on. He told me
I tell anyone he'll kill me. I'd tryed
to sent a cop-out on the computer but
de to that I am a Sex offender
It get ignored. I had to let it go.
with me being handic cep it was
hard to get around. I would
axdently run into people and get
assalted. I got put in the SHU
special housing unit.
I requested to speck to psychologuy
and I opened up with a insudent
That hopp en to three months
befor I went to the SHU.

I staied in the SHU for six month
till I got transfered I went to
sucide wotch for three dogs my mind
went crazy couse of being miss-
trected and locked in a small cell
twenty four hours a day. I was
always getting heresed by guards
and other in mates I could not get away
from them.
When I did get shipped alot of the
stress and intoganizing stopped.
I went to Englewood FC I how hocated
in hittle ten Colonodo. I anived
June 2015
I was in a ten men dey room with
eight other in mates with then a
month of being there I was getting
sexuelly heresed by a inmate
with the lost name Martein.
SIS hed moved him out of the
unit and no write up was made couse
it was hear say.

As being a new place trying to get use to people. In September of 2015 I was placed in the SHU per investigation for something I don't know. Three days later I was place back in population. Inmate Mantein was back down stairs in the day room across from me. Knowing he was sex welly heresed me before he'll do it again. While I was resting Inmate Mantein came in the day room when no one was a round and grabbed my butt, when he found out I was not asleep He made a bee line out of the room.

SIS did nothing no report or any thing cause of me having to take back a stetment while in Seegoville Texes I had no help. ( SIS in Seegoville had made me drop the stetment and made threats if I, didn't.)

I just stoied on high elont.
I found out my appeel wes denied.
Sad and felt hopless. A few friends
helped me out Being new close to
the Holidey didn't help much.
On Christmes eave I wes pleced in the
SHu couse a Steff in Medieel hed lied
and said I dis respected her. She
didnot like peeple with my Chonge.
I wes pleced in sucide wetch
couse of the stress I spent Christmes
in the Sucide wetch and releesed
later thet night Beck to the SHu
te make sure I am ckey to go
beck te pop ule tien.
I wes on a med thet did a reverced
effect Boulpno iqu ie asid (Depecoet)
meinly use fer mignains hed
a Kes. when I seid it wes not
helping I wes Colled a lier and
removed from ell of my medicetien.

When the MRI resluts come in I
wes pleced on Pnoponenal Blood
pnesser mediection. and Pnozec for
my depresstion. when I'd Stented
teking the Pnepenenel I would Bleck
out couse my blood pnesser would
dnop 650 over 40

With me not remembering elot of
what heppened Feb eweny 2ellw
I wes pleced in the SHu accused with
fighting with a inmete and useing
my coin. No contect with me wes
mede. I wes bet up I Stoted in the
SHu and transfened et the end of
Mey I got Sent to a new yord in
Hazelton West venganiq. FCI
medem

I wes pleced in population. I wosn't
three doys I wes checked in to
the SHu couse I got put in a cell
by my self and it turned out to
be a mexicon geng cell Colled PISA.

At this time I wanted no conflict
I could not trust any one I have
trust issues while in the SHU I
was placed by my self. No one to
help me cause Iam eighty percent blind.
the guards would yell out to me
ecling me a Chemo giving me
empty food trays I requested to
be placed in Sucide water I couldnd
get my medicetion I was Stressed
while in the SHU in here at Hezelton
I got a cellie turned out to be a hater
The gary Eliot Preston told the
guards three to four times "If he don't
get one of us out of this cell he'll
mess me up. The guards laugh and
tocking ese joke and mocked us.
Mr Presten stented hiting me and
nothing Preston had five hits on me
be for the guard cuffed beth of us
and put us ina different cell for
an medicel exem.

I recived a write up for fighting
when I didn't fight back. I
begged the guend to put me some
where eels put me in sucide watch
if he hed to to avoid Mr Preston
from hitting me.
I wes bedly Stressed So I wes
placed in sucide wateh any wey.
I staied fer three days end placed
back in the SHu since I couldn't
be by my self there wes no one to
put me with I went back to m edical
epponvetin when the genera come in
to un hand cuff me my bedy wes
Janking I heve Nuro fibro mat ssis
I cenceuse my body to Jank with
out wonning hT trent slemed me
on the ground and re cuffed me.
He pieked me up by my legs
end anm end threw me in the hoom

No one realy cored here I wes
exeming to seve hT Trent butt
I wes plece beckin the Situ the
next dey seww the DITO that did
not cere he didn't belive me whot I
hed to sey He went hond on me
Now Iam in population and deing
good.
I learn abt since I been down
hearn not to take life fergrented.
and trusting others is hord. Braking
the law is not good hiving in prison
is not a life to live. Though I took the
re spenc ebility Iam trying to be
strong with all I've been through.
I've changed elet with abt I've
seen have lefted me thromatist ed.
I know whot Iam re spon able for
wes bed The victem thet wes
viewed wes more tormatic fer
thoughs who wes vietems.

My Plans one when I get out one
to Contenue with thanpy and
coenseling. I wad like te tny to
tny te Volunter if someone will take
me I am disabilty and low income
Tny to get beck on my feet end
take eech dey one at a time.
I will be living with femily so I will
be taking care of. I will do wehat I'm
teld with my probetion.

The woos alot of eeons in my
appeel. The Judg had speceleted en
my Case. Iem net into kids I am
net into torchere Me I will never
hunt eny one. It States I con see
up to five feet They is wrong
I con enly see afeot ine helf with
finger count. I hael no test done
and no crimol necond But Yet
Judge is spouseed to ge on fect not
specele tion.

A Following other case's alot of
in he nsments one coming off lowering
other peoples time
Such es use of a computer end
num ber ef pietures.
I recived 151 months and 30 Years
super vised relersed I wes denied
a dewn word depent cher
I will do anything te get cut of
prison eanly. To stanf my life cver
Iom whet they celled useless in prison
I can't wenk It's hend te prognam
(teke closses)
with this all Scled ere they ewcy for
me to get a reduction enything
will help
Thenks for Yeran time

Sin senly

To: The Honorable Judge Thomas W. Phillips
    Sixth District of Eastern Tennessee
    800 Market St.  Suite 130
    Knoxville, TN  37902


From: Steven Fout
      Fed. Reg. #45595-074
      Federal Correctional Instituition Hazelton
      Post Office Box  5000
      BrucetonMills, WV  26525


Honorable Judge Thomas W. Phillips,


My Name is Steven Fout.  I am 27 years old.  I am from Eastern Tennessee.
I will be coming out of my comfort zone to tell you about myself.


I was born August 23, 1989 in Monroe County Tennessee.  I was raised
there and also went to school there.  I lived with my mother Marsha Fout,
and my younger brother, until his untimely death age the age of 11.  I
graduated from high school with a Special Education Diploma.

From the time I was 7 years old until I was 9, I was sexually victimized
by my stepfather.  When it was discovered at age 9 about his actions, he
was finally sent to prison. From the time I was 10 until I was 14, I was
again being victimized by my friend's father.  He died before I could get
charges filed against him.

At 10 years old, it was discovered that I had an Optical Brain Tumor.
During the examinations, they found out that I had Neuro-FibroMatasis.
While I was undergoing chemotherapy to treat my disease, my only brother,
a year younger than I,died from the same type of cancer.  His was on the
throat.  It cut off his air and he died.

By age 11, I was blind in the right eye and lost half of my sight in
my left eye. This made it even more difficult to learn.  I had already been
in Special Education since I was 9.  I was diagnosed with ADHD, Borderline
Autism, and Intellectual Difficulties.

While I was going through therapy, my behavior changed, making me want
to be invisible.  They said I had Austic Traits while I was still in school.
My cognitive Skills were "Poor".  I was called "Intellectually Challenged".
My therapist was trying to help me deal with these issues.  It was very hard
for me to make friends.  I was called "Retarted" and  "Borderline Intellectual-
-ly Challenged".

I found out the "Friends" I thought I had, were actually using me because I had one thing they didn't, A Computer with an Internet Connection. Because of my poor vision, it was hard to control what my "Friends" were doing behind my back.

Still, no matter what my "Friends" did, I AM STILLRESPONSIBLE FOR IT ALL. Even thought I did not download Videosor Images, I am still responsible because I gave them access to my comter and internet.

In November 2009, The FBI came to my house needing to search my computer because an IP Address they were tracking traced back to my desktop computer using a program called "Giga Tribe". The FBI searched my room and took 2 desktop computers and a laptop, and mine and my "Friend's" flashdrives, with me not knowing what was on his flashdrive.

The FBI said there would be no charges and did not have me to sign anything except a "Surrender of Property". Three months later, the FBI called letting me know my laptop was cleared and would be Fed Exed back to to me. In 2010, there was still no charges filed against me.

I went back to therapy and counseling looking to change my life and who I was hanging around with. I did not want to get caught up in more trouble Aphone call in December 2012 saying I needed to reprt to the FBI offices. There were some other things the agent needed to talk to me about. I showed up with my mom and grandmother cause I can't drive. Due to my eyesight, I am limited on my ability to travel byself. Even with Doctor's records showing I clearly that I can only see 18 inched from my face for a finger count.

February 2014, I was convicted and sentenced to 151 months for Posses--sion and Distribution of Child Pornography. My attorney, Laura Davis, filed an appeal for me. The judge, I feel, went on speculation instead of facts. My appeal was denied.

When I got to prison in Seagoville Tx, I was on medication that helped me function psychologically. The doctors there took me off of them, said there was nothing wrong with me. They claimed I was "Malingering". They told me to stop "Faking". With no testing and only based on opinion and speculation, they declared me to be "Malingering".

With how young I liik and due that I was just turning 24 at that time, I got seually assaulted by a man who in prison with a "Hands on" charge before he came in to the Feds. I was in one of the stalls late at night using the restroom, when inmat Jimmie davis came in and forced me to perform Oral Sex on him. He told me if I said anything that he would kill me. I was scared and did not know what to do.

Due to the prison was a Low, it did not hace security cameras in the Housing Units. I had no proof, so I stayed away from him. A lot of rumors went around that this guy was going to get me alone ine the showers. I showeredduring different times. He caught me in the shower by myself.

He caught me with my back turned and raped me with a glove on. He told me if I told anyone, he'd kill me. I tried to send a cop-out on the computer, but because that I am a sex offender, it was ignored. I had to let it go. With me being handicapped, it was hard for me to get around. I would accidentally run into people get assalted. I get put in the SHU (Special Housing Unit).

I requested to speak to pyschology and I opened up with the incident that happened 3 months before I went to the SHU. I stayed in the SHU for 6 months until I got transferred. I went to Suicide Watch for 3 days. My mind went crazy because of being mistrated and locked in a small cell 24 hours a day. I was always getting harrassed by guards and other inmates, I could not get away from them.

When I did get shipped, a lot of the stress and antagonizing stopped. I went to Englewood FCI. I know it is located in Littleton CO. I arrived June 2015. I was in a 10 man room with 8 other inmates within a month of being there, I was getting sexually harrassed by an inmate with last name Martin. SIS had moved him out of the unit and no write-up was made because "It was Hearsay".

In September of 2015, I was put in the SHU for investigation for some thing I do not know what. 3 days later, I was placed back in population. Martin was back downstairs in the dayroom across from me. Knowing he was sexually harrassing me fore, he'll do it again. While I was resting, inmate Martin came into the dayroom , when no one was around and grabbed me on my butt. When he found out I was not asleep, he made a beeline out of the room.

SIS did nothing, no report, or any thing because of me having to take back a statement while in Seagoville Tx. I had no help. (SIS in Seagoville had made me deop the statement and made threats if I didn't).

I just stayed on high alert. I found out my appeal was denied. I was was sad and felt hopeless. A few friends helped me out. Being new close to the holiday didn't help much. On Christmas Eve, I was placed in the SHU because a staff in Medical had lied and said I disrespected her. She did not like people with my charge. I was placed in suicide watch be-cause of the stress. I spent Christmas in the suicide watch and released later that night. Back to the SHU I went until they were sure I was ok to go back to population.

I was on a med that did a reversed effect, Boulpro ique acid (Depakote) mainly used for migraines and headaches. When I said it was not helping, I was called a liar and removed from all of my medications.

When the MRI results came in, I was placed on Propanal, a blood pre--sure medication, and Prozac for my depression. When I started taking my Propanal, I would black out because my blood pressure would drop to 65 over 40.

With me not remembering alot of what happened, February 2016, Iwas placed in the SHU because of a fight. with another inmate and using my cane as a weapon. I made no contact with the inmate. I was put in the SHU and transferred at the end of May. I got sent to a new yard in Hazelton WV.

I was placed in population. I wasn't three days here before I was checked into the SHU. I was placed in a cell by myself. It turns out the cell was considered a mexican gang cell. I wanted no conflict. I could not trust anyone. I have trust issues. While in the SHU, I was placed by myself No one help me because I am 80% blind. The guards would yell out to me, calling me a"Chomo", giving me empty food trays. I requested to be put in suicide watch. I could not get my medication. I was stressed. While in the SHU here at Hazelton, I got a cellie. Turns out he was a hater.

The guy,Elliot Preston, told the officers 3 or 4 times "If he doesn't get one of us out of this cell, he's going to mess me up". The officers laughed and taking it as a joke,were mocking us. Mr. Preston started hitting me. He had five hits on me before the officer cuffed both of us and put us in a different celland called for medical.

I got a write up for fighting, even though I did not fight back. I begged the officer to put me somewhere else, put me in suicide watch if he had to, just to avoid Mr.Preston from hitting me again. I was severely stressed, so I was placed in suicide watch anyway.

I stayed for 3 days and placed back in the SHU. Since I couldn't be by myself, there was no one to put me with. I went back to medical When the Lt. came in to uncuff me, my body jerked. I have Neuro-FibroMatasis. It can casue by body to jerk involuntarily. Lt. Trent slammed me on the ground and recuffed me. He picked me up by my legs and arms and threw me into the room.

No one really cared here. I was examined to save Lt. Trent's butt. Iwas placed back into the SHU. The nest day, I saw the DHO that did not care. He did not believe me or what I had to say. He went hard on me. Now I am back in population and doing good.

I learned alot since I have been down. I learned not to take life for granted and trusting others is hard. Breaking the law is not good living in prison is not a life to live.

Though I took the responsibility, I am trying to be strong with all I've been through. I have changed alot with alot of what I have seen has left me traumatized. I know what I am responsible for was bad. The victim that was viewed was more traumatic for those who were the victims.

(5)

My plans are that when I get out, to continue with my therapy and counseling. I would like to try to volunteer if someone would be willing to take. I am disabled and low income. I want to try getting back on my feetand take each day one at a time.

I would be living with my family, so I would be taken care of and monitored by them. I am willing to do whatever I need to do and am told to do by the probation officer. I am willing to accept home confinement for the rest of what would be my prison sentence. I know the time remaining is about 7 to 8 years, but whatever it takes, including being on an ankle bracelet would be better than being in here where I cannot do anything with out someone who is willing to help me. Those kinds of people are way too far apart and in between..

There were alot of errors in my appeal. The judge in my case had made speculations on my issues. O a, mpt omtp kids. Nor am I into torture. I cannot handle someone else being hurt. I would never do it to someone else. It was done to me me and I know it did not feel good.

It states that I can see up to 5 feet, that is wrong. I have medical evaluation that shows my best sight is only 18 inches from my face. There were no tests done to determine anything about me. The judge went solely on his opinion of me. I have no criminal record, but yet the judge gave me an excessive amount of prison and supervised release. The total time he gave me comes out to 45 years. You would think I had a long criminal record, when in fact I have none. I thought a judge was supposed to go on facts? He did not.

In looking at other cases, I see where a lot of judges are lowering sentences and not counting a lot of enhancements, such as the use of a computer and the number of pictures involved. I was given 151 months and was denied any downward departures.

I am willing to do anything it takes to get out of prison, if I have to do something else to satisfy the confinement issue, I would gladly consider it. I am what is considered useless in prison. I can not program (to take classes, the only way to lower your points in prison).

With the included papers and documents , is there any way for you to either get me a different sentence or else reduce my sentence?


Steven Fout   45595-074/do 58618-018
Federal Correctional Instituition IHazelton
P.O. Box 5000
Bruceton Mills, WV   26525

Honorable Judge Thomas W. Phillips
Sixth District of Eastern Tennessee
800 Market St., Suite 130
Knoxville, TN 37902


Don Osborne (58618-018) for
Steven Fout (45595-074)
Federal Correctional Institution - Hazelton
P.O. Box 5000, Bruceton Mills, WV 26525


Your Honorable Judge Phillips,


I would have typed this Letter, but
time is not something I have. I am not a
'good' Typist. I make too many errors and by
the time I've realized the errors, I have
already removed the Paper. I have actually
Typed, and then re-typed my Letter. The other
issue is there are a Limited number of Type-
Writers. So please forgive my writing.

I am a 'Friend of Steven Fout's. I am
willing to say probably one of very few here.
A month or So ago, he (Fout) told me about
his desire to write you a Letter. He wrote
that Letter, without input or assistance.
I corrected his Letter and worked to make
Sure it made Sense when I Typed it. I
insisted he include the original Letter so
that You can try to read it, and See for
yourself how he writes and Spells.
I would ask that You obtain One thing
Mr. Fout was not Privileged to, the Prosecutor's
'evidence', the Alleged ChatRoom transcripts.
We ask that You see for yourself, the
'Alleged' Transcripts 'Allegedly' Typed by
MR. Fout. See for yourself that they
match, I'll bet they don't

Mr Fout functions on a 12 Year Old's Level.
He thinks, reacts, and worse writes and
Spells Like a 12 year old with educational,
mental, and emotional Limitations.

No One is Willing to 'Honestly' Fight for
him. I believe because he was Charged
with a Sex offense. I have Seen numerous
times, Someone who is Known to have been
Abused often is accused of Similar crimes.

I offer you my thoughts, some are backed by 'Social' opinions.

Allegedly, Mr. Fout Chatted and downloaded Pornography. He was discovered by the Feds. They searched his home, took Computers and other Storage devices. They eventually returned his Laptop as 'Clean'. I will bet You that They (the FBI) did not find any Pornography on his computers after arresting him.

Now, I offer you this 'Opinion', A Sex Offender will repeat his crimes, even after being caught or discovered. With this 'Social' Opinion, There should have been Pornography or more Chats even after the FBI started investigating.

According to Judge Reeves, Fout was denied departures (Downward) based on his claims. He was not entitled to them. But Yet, with no evidence of a Criminal history. Judge Reeves then does a turn about and declares that Mr. Fout's mental and Cognitive disabilities were Cause for Concern, therefore using it as reason to impose an even Stiffer Sentence.

Would You, taking into account Mr. Fout's
Background, history, medical, mental,
emotional, and cognitive evaluation and
abilities, see fit to impose a similar
sentence of 15-30 years Prison _and_ a
30 year Supervised Release on Someone
in Mr Fout's situation. (151-188 months)
Judge Reeves says he gave Fout the
benefit of a Downward Departure to the
Point of a bottom of the Guideline Points.
This based on a flawed PSR that _illegally_
brought into Light of An _Alleged_ Allegation
One that did not come to Fruit. The
Matter was dropped. Yet it was in the
PSR, and it is our belief that it did in
fact carry weight in sentencing, even though
Jeidge Reeves claims it did not, and the fact
he made comments interests in small children,
Which he Later admitted was error of the
Court, clearly shows it _was_ in his thinking.
No other defendant has been given a
15 year (151 month) sentence, followed by
a 30 year Supervised Release for a
first time offense, especially not with the
Charges here.

<u>Steven Fout Should NOT Be Here</u>. He should have already expired his prison time and be home doing his release time.

But instead, because of a serious miscarriage of Justice, he was given an extreme Sentence with an even worse release time. He could have been given a Lesser Sentence. A sentence of 5 Years in Prison and 10 year Release. He could have been tested mentally. If they would have done so, there would have been grounds for a Mental institution Commitment in deference to Prison. He could have even been given Probation and Home Confinement.

Steven Fout has not adJusted well to this Kind of an enviroment. If anything, this has only been hurtful to him. He is not Seeing Rehabilation here. He has been denied SDMP Status and entry. He has not been able to Program without assistance. He has been denied use of a 'Sight' Cane. They took the one he had and filed Charges that he used it as a weapon. He has now as of 12-6-16, been denied an inmate Companion. this means an increased risk of inJury.

He, and I, Pleads with the Court for Leniency and mercy and ask for an easier resolution to this terrible situation.

We ask that you consider making his sentence Shorter and allowing him to do the remainder on Ankle monitor and/or Home Confinement. Include Counseling if you must. He has no objections. It would be more beneficial to him.

IF Confinement is <u>absolutely</u> necessary, then Let him go to a Local Mental Institution near his family. At Least there, they would be properly able to accomodate his needs. He <u>IS NOT</u> a threat to the community. I ask that you consider this with mercy and compassion for another human being who wouldn't hurt another Person, He simply needs Counseling on issues of Social rules and how things work. He needs help with Conflict and Social resolution Skills. these he cannot get here in a Prison, Only beaten, abused, taken advantage of, if he is Lucky, he'll Leave here with his Life. Sincerely, Don Oleaine

REGNO..: 45595-074 NAME: FOUT, STEVEN MARSHALL


```
FBI NO...........: 416294TD6              DATE OF BIRTH: 08-23-1989  AGE:  27
ARS1.............: HAF/A-DES
UNIT.............: N1                     QUARTERS.....: N01-116U
DETAINERS........: NO                     NOTIFICATIONS: NO
```

HOME DETENTION ELIGIBILITY DATE: 08-25-2023

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE:  02-25-2024 VIA GCT REL


-----------------------CURRENT JUDGMENT/WARRANT NO: 010 ------------------------

```
COURT OF JURISDICTION...........: TENNESSEE, EASTERN DISTRICT
DOCKET NUMBER...................: 3:12-CR-00171
JUDGE...........................: REEVES
DATE SENTENCED/PROBATION IMPOSED: 02-20-2014
DATE COMMITTED..................: 04-03-2014
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO
```

```
                 FELONY ASSESS  MISDMNR ASSESS  FINES        COSTS
NON-COMMITTED.:  $200.00        $00.00          $00.00       $00.00

RESTITUTION...:  PROPERTY:  NO  SERVICES:  NO       AMOUNT:  $2,500
```

-----------------------CURRENT OBLIGATION NO: 010 ------------
OFFENSE CODE         311

BP-A0288
AUG 11

**INCIDENT REPORT** CDFRM

**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

## Part I - Incident Report

1. Institution: **FCC Hazelton**

| 2. Inmate's Name<br>Fout, Steven | 3. Register Number<br>45595-074 | 4. Date of Incident<br>21 June 2016 | 5. Time<br>2:50 PM |
|---|---|---|---|

| 6. Place of Incident<br>Z01-110 | 7. Assignment<br>SHU Unassg | 8. Unit<br>Z-A | |

| 9. Incident<br>Tampering with a life-saving device | 10. Prohibited Act Code(s)<br>208 |
|---|---|

11. Description Of Incident (Date: 21 June 2016 Time: 2:50PM Staff became aware of incident)

On the date of 21 June 2016, I was assigned to FCI SHU #3. At approximately 2:45 PM an active Cell Duress alarm originated from cell Z01-110. I responded to the area with fellow staff and found I/M Fout, Steve (Reg #45595-074) at the cell window. When questioned what his emergency was, I/M Fout stated that he could not live in the same cell as his cell mate, I/M Preston, Elliot (Reg #12070-089). I/M Fout was advised by staff that the Cell Duress was not to be activated for non-emergency purposes, and given a direct order not to utilize the Cell Duress unless a life-threatening condition exists. As I reset the Duress Panel, I/M Fout immediately activated the Cell Duress a second time. This behavior continued through an additional cycle of no less than three (3) activations and reset of the Cell Duress, with a direct order issued to I/M Fout to cease his action on each occurrence.

| 12. Typed Name/Signature of Reporting Employee<br>T.Tesauro / | 13. Date And Time<br>21 June 2016    5:15 PM |
|---|---|

| 14. Incident Report Delivered to Above Inmate By<br>(Type Name/Signature) | 15. Date Incident<br>Report Delivered<br>6-27-16 | 16. Time Incident<br>Report Delivered<br>9:58 |
|---|---|---|

## Part II - Committee Action

17. Comments of Inmate to Committee Regarding Above Incident

NO COMMENT

18. A. It is the finding of the committee that you:

_____ Committed the Prohibited Act as charged.

_____ Did not Commit a Prohibited Act.

_____ Committed Prohibited Act Code(s) _____

B. ☒ The Committee is referring the Charge(s) to the DHO for further Hearing.

C. The Committee advised the inmate of its finding and of the right to file an appeal within 20 calendar days.

19. Committee Decision is Based on Specific Evidence as Follows:
IF FOUND GUILTY GREATER SANCTIONS ARE WARRANTED THAN AVAILABLE TO THE U.D.C.

20. Committee action and/or recommendation if referred to DHO (Contingent upon DHO finding inmate committed prohibited act)
IF FOUND GUILTY RECOMMEND LOSS OF 27 DAYS G.C.T., 15 DAYS D/S, LOSS OF COMMISSARY 60 DAYS.

21. Date And Time Of Action 6-26-16 10:16AM (The UDC Chairman's signature certifies who sat on the UDC and that the completed report accurately reflects the UDC proceedings.)

E. GRIFFIN /ET
Chairman (Typed Name/Signature)     Member (Typed Name)     Member (Typed Name)

INSTRUCTIONS: All items outside heavy rule are for staff use only. Begin entries with the number 1 and work up. Entries not completed will be voided by staff.

DISTRIBUTE: ORIGINAL-Central File record; COPY-1- DHO; COPY-2- Inmate After UDC Action; COPY-3- Inmate within 24 hours of Part I Preparation.

BP-A0288
AUG 14

**INCIDENT REPORT** CDFRM

**U.S. DEPARTMENT OF JUSTICE**                          **FEDERAL BUREAU OF PRISONS**

## Part I - Incident Report

1. Institution:

| 2. Inmate's Name<br>**Fout, Steven** | 3. Register Number<br>**45595-074** | 4. Date of Incident<br>**June 21, 2016** | 5. Time<br>**2:59 PM** |
|---|---|---|---|

| 6. Place of Incident<br>**Z-A Range 1 Cell 110** | 7. Assignment<br>**SHU Unassg** | 8. Unit<br>**N-C** | |
|---|---|---|---|

| 9. Incident<br>**Fighting with another person.** | 10. Prohibited Act Code(s)<br>**201** |
|---|---|

11. Description Of Incident (Date: **6/21/2016**   Time: **2:59 PM**   Staff became aware of incident)

On June 21, 2016 at approximately 2:59 PM while conducting rounds on Range 1, I observed a cell fight in cell 110. The cell is occupied by inmate Fout, Steven #45595-074 and Preston, Elliot #12070-089. I saw inmate Fout #45595-074 and Preston #12070-089 striking each other, about the body with close fists. At that time I activated my body alarm and gave direct orders for inmate Fout #45595-074 and Preston #12070-089 to stop fighting and submit to hand restraints. At this time they both followed my orders and submitted to hand restraints. No further incident.

| 12. Typed Name/Signature of Reporting Employee<br>**B. Keeling** | 13.Date And Time<br>**5/8/2016 4:00 PM** |
|---|---|

| 14. Incident Report Delivered to Above Inmate By<br>(Type Name/Signature) | 15. Date Incident<br>Report Delivered<br>**6-21-16** | 16. Time Incident<br>Report Delivered<br>**10:00** |
|---|---|---|

## Part II - Committee Action

17. Comments of Inmate to Committee Regarding Above Incident

*NO COMMENT*

| 18. A. It is the finding of the committee that you:<br><br>_____ Committed the Prohibited Act as charged.<br>_____ Did not Commit a Prohibited Act.<br>_____ Committed Prohibited Act Code(s) _____ | B. **X** The Committee is referring the<br>Charge(s) to the DHO for further<br>Hearing.<br>C. _____ The Committee advised the inmate of<br>its finding and of the right to file<br>an appeal within 20 calendar days. |
|---|---|

19. Committee Decision is Based on Specific Evidence as Follows:
*IF FOUND GUILTY RECOMMEND LOSS OF 27 DAYS G.C.T., 15 DAYS D/S,*
*LOSS OF COMMISSARY 90 DAYS.*

20. Committee action and/or recommendation if referred to DHO (Contingent upon DHO finding inmate committed prohibited act)
*IF FOUND GUILTY GREATER SANCTIONS ARE WARRANTED THAN AVAILABLE*
*TO THE U.D.C.*

21. Date And Time Of Action **6-26-16**   **10:15 AM**   (The UDC Chairman's signature certifies who sat on the UDC and that the completed report accurately reflects the UDC proceedings.)

**E. Griffin**
Chairman (Typed Name/Signature)        Member (Typed Name)                Member (Typed Name)

INSTRUCTIONS: All items outside heavy rule are for staff use only. Begin entries with the number 1 and work up. Entries not completed will be voided by staff.

DISTRIBUTE:   ORIGINAL-Central File record; COPY-1- DHO; COPY-2- Inmate After UDC Action; COPY-3- Inmate within 24 hours of Part I Preparation.

DOC                          Prescribed by P5270          Replaces BP-S288.052 Of MAY 94

Case 3:12-cr-00171-KAC-JEM-began Document 54   Filed 02/09/17   Page 29 of 42   PageID #: 525began

# Bureau of Prisons
# Psychology Services
# SOMP Initial Risk Assessment

| | | | | | | |
|---|---|---|---|---|---|---|
| Inmate Name: | FOUT, STEVEN MARSHALL | | | | Reg #: | 45595-074 |
| Date of Birth: | 08/23/1989 | Sex: | M | Facility: SEA | Unit Team: | B |
| Date: | 04/08/2014 14:11 | Provider: | | Caperton, Jennifer PhD, LSOTP | | |

**Reason for Initial Risk Assessment:**    Other

An initial risk assessment was entered as part of routine intake screening.

## The inmate's current offense of conviction includes the following:

### Child pornography, possession or distribution.

Possessed 600 images & 104 videos depicting sexual abuse of children. Chat logts indicated he talked about drugging & raping kids. He told FBI agents he fantasized about sex with a newborn.

## The inmate's prior offense history includes adult convictions for the following:

### Any other relevant history (including non-convictions):

See Comments section, below.

## Summary of Criminal History - Arrest or Convictions:

Age at first arrest for any criminal conduct, sexual or non-sexual:    23

Age at first arrest for any sexual offense:    23

Total number of sentencing dates, for sexual or non-sexual offenses:    1

Total number of sentencing dates for sexual offenses:    1

## Other Risk Factors: The following sex offense risk factors were noted:
### Never lived with intimate partner for 2 years
### Other relevant risk factors:

See Comments section, below.

### Comments

Other relevant history:

PSI indicates multiple prior deviant sexual behavior.  He was investigated as a juvenile (age not listed) for molesting a 5-year-old boy.  No charges were filed.  In 2011, he was caught but not charged after speaking sexually to a minor.  After his arrest on the instant offense, a now adult male cousin indicated Mr. Fout molested him when he was 8 years old and Mr. Fout was 19. Mr. Fout referred himself for counseling in 2011 after being detected by police.

Other relevant risk factors:

PSI suggests: deviant sexual interests, sexual preoccupation, negative peer associates (chatting online with others), poor management of negative mood, possible early onset of sexual offending (investigated but not charged as juvenile) and possible multiple paraphilic interests (incapacitating victims, children).

Mr. Fout's risk for reoffending appears to be in the moderate range.  His risk issues appear to be a bit higher than most inmates in the SOTP-NR, but perhaps a bit lower than inmates in the SOTP-RES.  A decision on appropriate treatment level was not made because Mr. Fout is legally blind and neither program has treatment materials in large print or other accommodations for individuals with severe visual impairments.

Completed by Caperton, Jennifer PhD, LSOTP on 04/17/2014 15:41

Case 3:12-cr-00171-KAC-JEM  Document 54  Filed 02/09/17  Page 30 of 42  PageID #: 526

# Bureau of Prisons
## Psychology Services
### Sexual Abuse Intervention

| Inmate Name: | FOUT, STEVEN MARSHALL | | | | Reg #: | 45595-074 |
|---|---|---|---|---|---|---|
| Date of Birth: | 08/23/1989 | Sex: | M | Facility: ENG | Unit Team: | EAST |
| Date: | 08/18/2015 15:08 | Provider: | Bolz, Gary PsyD | | | |

## Comments

This psychologist was informed by e-mail on Monday, August 17, 2015, at approximately 8:50 a.m., that inmate Fout had alleged sexual harassment by inmate Martin. The e-mail had attached OIG documents related to the OIG Initiated Complaint #2015-009555--the method by which Mr. Fout alleged the sexual harassment. Mr. Fout was seen by this psychologist for related clinical intervention within 24 hours of my receiving the notification, i.e. at 0730 Tuesday, August 18, 2015. The intervention was conducted from the standpoint that Mr. Fout had accurately reported his experience, notwithstanding any investigation findings.

The OIG investigations complaint form, OIG NO.: DN-703-2015-009555-X, quotes inmate Fout as having written, "I am getting sexually harassed by [identified inmate] my Bunkie."
He clarified in his complaint that the identified inmate, who Mr. Fout said knows he is gay, frequently asks Mr. Fout (when there is no one around) to show him his buttocks. Mr. Fout also alleged that the identified inmate compliments his looks and asks him to sit on his lap and "give [him] a little rub." Mr. Fout said these verbalizations by this inmate persist, despite his insisting they stop.

Mr. Fout reported during this Sexual Abuse Intervention session that our Special Investigative Service has determined his allegation to be unfounded, as it is "just a he-said, he-said" thing. When asked how his situation is currently Mr. Fout, who resides in the lower east housing unit, indicated the identified inmate was moved to the upper east housing unit, and he (Mr. Fout) is no longer being harassed.

Nevertheless, Mr. Fout reported he is still a bit concerned the identified inmate will try to pressure him again. This psychologist advised Mr. Fout to report any such incident. We then discussed related coping strategy. Mr. Fout was invited to talk further about his experience of the alleged harassment and his concern regarding the future. He declined to do so.

A:

It is not known to this psychologist whether inmate Fout's allegations of sexual harassment are based on truth, but for the purposes of treatment they have been/will be taken as such. At present, Mr. Fout exhibits no apparent sadness, nervousness or other visible sign of traumatization. Mr. Fout and I already meet every calendar month due to his elevated mental health care level (CARE2-MH). Although Mr. Fout does not request or appear to need treatment related to the sexual harassment he reported, he might wish to address the subject in the future. He was invited to do so any time he feels it would be helpful--even between sessions.

P:

No follow-up session related to the alleged sexual harassment appears to be warranted; neither is it requested. We will meet again within the next calendar month for a CARE2-MH session.

Completed by Bolz, Gary PsyD on 08/19/2015 10:46

Case 3:12-cr-00171-KAC-JEM Document 54 Filed 02/09/17 Page 31 of 42 PageID #: 527

---------------------------------------------------------------------------------------------------

FROM: 45595074
TO: Health Services
SUBJECT: ***Request to Staff*** FOUT, STEVEN, Reg# 45595074, ENG-E-L
DATE: 09/12/2015 04:54:32 PM

To: Doctor
Ínmate Work Assignment: No Duty

I would like to add that the odctors here also add reports that are foles and  that are not right
the call out the placed me on augest 10th was not on the call out and did not have a called on the intercom also
they say this to save there butts froma write up and to save them from getting in to torouble i was seen on augest 7th and i see
Krows and he said i was faking with out doing any cehck up on me i have not been check on since and i do a month check up
on the streets i was told i would get the same care as i would on the streets to i am not on any meds they took them anyway
from me and i  need to be place on meds for thing i have listed for
-----FOUT, STEVEN MARSHALL on 9/12/2015 10:54 AM wrote:

>

I have reported more then five times about my Problems I have alot so came up to sick call  more then Five time complaning
about my problems. But I have Been unsusaassful  of getting any thing or any help I have been told they are nothing worng with
me and I am faking. But I am not and the doctor don't wont ot take his time to see me and do a full evoul on me.
I have Migrains Well what I call Migrains I have painful presher and feels like banging in my head and it is to do with a 12mm
Brain toumer on the right side of my head on my opptic nurve and a 8 mm bain toumer on the left side on my brain i have had
this since i was nine years old and it was canser at one time chemo could not get rid or all the the canser and just stoped it from
growning and put it in remission the toumer had made me blind amost about 80% blind I have asked if they could not treet me
well to ship me to a place that can and that was denied and was told they is nothing worng with me i have a care livel 3 problem
and they got me at a care level 2 and they run this place like a 1 it seam like i have not been able to get any help i was taking
öff my meds at Seagoville Texas for no resson they said i was faking the problems when the psych meds i was on was both for
psy;ch and medical both but tehy took me off when i got ot Littleton FCl i got tooking off my Gabapinton and put on Boulproic
assid and that had mad me have woseing mood change worsing in depression  bad dreams and feel weired and when i
reported it Dr Krows said i was faking it cosue that meds was spouse to fix and ehlp tht problem i infrom them alot of meds can
couner effect on some people depinds on he body i was told that i did not know what i was talking about that i am not a doctor i
have been in and out of the hospital since i was nine year old i have alot of prolbems here and i have tried to report them and i
get pushed away or push down the list and not dil with i have did cop out and talk in person but it dont work i need to be in a
place tht is in a care level 3 and i can get the treetment that i can get
Littleton is  training place and dont realy care about the inmates they are not helping them like they need to and when i have
asked to be transerfered to a place that can help me they laught in my face this is a request for help i need psychology  and
medical help and i ant getting it
i have PTSD Depression and otisiam ADHD and behavior problems
I got Brain toumer and migrains  and 80% blind
MRI is need everyyear 2 a year and blood work for 3 times a year
i need help and watched over my toumer and i an not getting it what do i need to do to get the help i need
thanks for you time
steven fout
45595074

# Bureau of Prisons
# Psychology Services
# Intake Screening

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | FOUT, STEVEN MARSHALL | | | Reg #: | 45595-074 |
| Date of Birth: | 08/23/1989 | Sex: M | Facility: SEA | Unit Team: B | |
| Date: | 04/08/2014 13:58 | | Provider: Caperton, Jennifer PhD/SOMP Coord | | |

## Limits of Confidentiality

Limits of confidentiality were reviewed with inmate FOUT. Because he is legally blind, the limits were read to him, as were the items on the PSIQ. He expressed an understanding of the limits of confidentiality and consented to be interviewed accordingly.

## Data Source(s)

The following data sources were reviewed in conjunction with this intake screening: Self-Report, PSR, SENTRY, Staff Observation.

SENTRY noted: "nurothyrotosis [sic] (mind of 12yr old)." There is no info in the PSI regarding this condition, and no evidence of severely impaired intellectual functioning.

## Mental Health History and Current Symptoms

A history of mental health issues was noted: Bipolar Disorder, Schizophrenia / Psychotic Disorder, Anxiety Disorder, Neurocognitive Disorder.

In the interview, Mr. Fout reported a number of previous diagnoses: ADHD, Bipolar disorder, Paranoid schizophrenia, and PTSD. A review of the PSI indicated he received treatment during childhood after being sexually assaulted by his step-father. A nurse-practitioner diagnosed him with depression, PTSD, bipolar symptoms, and anxiety.

All other mental health information in the PSI describes problems he experienced with deviant sexual urges. He self-referred for treatment and was diagnosed with dysthymia, and avoidant personality disorder as a rule-out. No diagnosis regarding paraphilic disorders is mentioned in the PSI.

When asked about current symptoms, Mr. Fout reported only one symptom for each prior diagnosis. For ADHD, he stated, "I can't concentrate." He was observed to be attentive throughout the clinical interview and sat in a calm manner with no observed fidgeting or psychomotor agitation. When asked about PTSD, he referred to his experience of childhood sexual assault and said his symptoms were, "I have flashbacks." He said, "I have mood swings. One day I'm happy and outgoing, the next day I'm upset" as a symptom of bipolar disorder. He denied episodes of mania or hypomania. When asked about paranoid schizophrenia, he replied, "If I'm off my meds, I see and hear things others don't. I hear laughter, and squealing, but it's muffled."

Mr. Fout also has a tumor on his right optic nerve that leaves him legally blind. He stated the tumor did not infiltrate the brain tissue and he did not present with any significant neuropsychological symptoms.

He is currently prescribed Risperidone, Cogentin, Gabapentin, and Effexor. His observed mood was euthymic with affect neutral but not flat or blunted. There were no significant symptoms of psychological problems; however, at this time it is not clear if this is because he does not meet the criteria for mental health diagnoses or if the current mediation is affecting his presentation.

A history of prior mental health treatment was noted: Outpatient Counseling/Psychotherapy, Psychotropic Medications.

As noted, Mr. Fout received outpatient treatment from a nurse-practioner when he was an adolescent. He later attended 2 treatment sessions to address problems after witnessing another child be sexually assaulted and to talk about problems with being bullied at school.

In adulthood, he attended monthly treatment from July 2011 to December 2012, after self-referring for treatment after "he was caught but not charged with talking in a sexual manner to a minor."

As noted, he is currently prescribed psychotropic medication.

No current mental health symptoms were noted.

No suicidal ideation, attempts, or self-harm were noted.

## Substance Abuse

No history of substance abuse was noted.

No history of substance abuse treatment was noted.

## Sex Offenses

Sexual offense conviction(s) were noted: Child Pornography Offense.



# Federal Bureau of Prisons
# Psychology Data System

**Date-Title:** 03-31-2014 - Risk of Sexual Victimization

**Reg Number-Name:** 45595-074 - FOUT, STEVEN M.

**Author:** LINDSAY R. AVRITT, Psy.D., STAFF PSYCH

**Institution:** OKL - OKLAHOMA CITY FTC

During the social screening process, the social screener utilized the PREA Intake Objective Screening Instrument (per PS5324.11) for inmate FOUT. Based on the documentation available to the R/D Social Screener at the time of this screening and inmate FOUT's self-report, he was identified as:

(x) Having a history of prior sexual victimization in the community

( ) Having a history of prior sexual victimization while incarcerated

( ) Being at risk for sexual victimization based on other factors identified during Intake Screening in R/D

As required by PS5324.09, Sexually Abusive Behavior Prevention and Intervention, inmate FOUT was seen by Psychology on today's date after being identified to Psychology as meeting the criteria for contact. Inmate FOUT indicated he had no mental health concerns or concerns for his safety at this time. He also denied being the victim of sexual victimization while incarcerated.

No follow-up is warranted at this time. The inmate was encouraged to contact Psychology Services as needed.

The PSI indicated Mr. Fout was in possession of over 600 images and 104 video files depicting the sexual abuse of children from infancy through adolescence. The PSI is not clear on whether or not the images and videos were predominately of one gender or both; however, the only images described involved male victims of sexual abuse.

In addition, information from the US Attorney's Office indicated Mr. Fout's cousin told authorities that Mr. Fout sexually assaulted him when the boy was 8 and Mr. Fout was 19 years old. The cousin reported he spent the night at Mr. Fout's home and awoke to find his penis in Mr. Fout's mouth. The PSI notes this was an allegation, and that charges had not been filed.

The PSI also indicated Mr. Fout's step-father was investigated after Mr. Fout was accused of sexually abusing a 5-year-old boy. In the investigation of Mr. Fout when he was a child (the age is not stated), investigators determined the step-father had shown Mr. Fout pornography. The step-father was later convicted and is currently in prison. There is no other information in the PSI regarding Mr. Fout's alleged assault of the 5-year-old boy.

No history of sexual predation in a correctional setting was noted.

**Relevant Psychosocial History**

Noteworthy psychosocial issues: Marital/Family History, Educational History, Employment History.
Mr. Fout is single, never married, with no history of living with a romantic partner and no known children.

The PSI indicated he completed high school with a special education diploma, based on his visual impairment as well as receiving resource classes in math and reading.

He has no employee history because of his eyesight and other health problems. The PSI indicated he received $710 in disability per month. Upon interview today, Mr. Fout stated he was not on disability and instead was financially supported by his mother.

**Adjustment to Incarceration**

Adjustment to incarceration concerns were identified: First Incarceration, Lengthy Sentence.
He is currently sentenced to 151 months of incarceration with 30 years of supervised release. This is his only incarceration.

He reported current problems with tension and worry relating to adjustment to a new place. Also, Mr. Fout is legally blind, and this may contribute to some adjustment issues.

However, his presentation today suggested his psychological adjustment concerns are within normal limits.

Mr. Fout was also screened for risk of sexual abusiveness or victimization in a correctional setting. He reports a history of sexual abuse victimization in the community and is currently serving a sentence for a sexual offense. However, he denied history of victimization or predation while in custody. Though he has a visual impairment, he does not appear to be a likely victim of sexual assault. He also denied a history of engaging violence.

**Findings**

Care Level:    CARE2-MH
Mr. Fout does not present with current symptoms of mental illness. He does not have a history of suicidal or self-harming behavior. However, he has prior diagnoses for serious mood and psychotic disorders. He is currently prescribed an anti-psychotic medication. Therefore, at this time he meets criteria for Care Level 2-Mental Health based on current medications.

**Recommendations**

The following psychological services are recommended: Sex Offender Treatment Program, Referral for Psychiatric Services, Follow-Up Appointment.
Mr. Fout was interested in sex offender treatment; however, because of his blindness, he is unqualified for treatment.

He will be referred to meet with the tele-psychiatrist to review his current psychotropic medications and determine suitability.

He will be scheduled for follow-up in Psychology Services next month based both on his status as Care Level 2 and to assess his adjustment to incarceration.

# Bureau of Prisons
# Psychology Services
# SOMP Intake Screening

| | | | | | Reg #: | 45595-074 |
|---|---|---|---|---|---|---|
| Inmate Name: | FOUT, STEVEN MARSHALL | | | | | |
| Date of Birth: | 08/23/1989 | Sex: | M | Facility: SEA | Unit Team: | B |
| Date: | 04/08/2014 14:07 | Provider: | | Caperton, Jennifer PhD, LSOTP | | |

### Instant Offense

Sex Offense

Found in possession of 600 images and 104 videos depicting the sexual abuse of children. Chat logs included fantasies of drugging and raping children, and he reported fantasies of molesting newborns.

### Prior sex offense history, non-conviction:

He was investigated as a juvenile for sexually abusing a 5 year old boy. No information regarding outcome of investigation. Caught but not charged in 2011 for talking sexually to a minor.

### Screening Interview:

Not Qualified (Indicate Reason)

### Need for Treatment

Mr. Fout was introduced and oriented to FCI Seagoville's Sex Offender Management Program (SOMP), to include discussion of the civil commitment process.

SOMP program components were also discussed including: mandatory evaluations (e.g., risk assessments), voluntary sex offender treatment services, and use of correctional management plans as indicated for offenders who engage in risk-relevant behavior while incarcerated. He was given the opportunity to ask questions. He was introduced to SOMP program staff, and made aware of our open door policy for both routine and urgent issues. He was provided with a SOMP Screening Interview and was offered information about non-residential SOTP orientation and treatment.

### Interest in Treatment

Regarding SOTP-NR, Mr. Fout stated he was interested in treatment. However, he is legally blind. He was not able to read the print on the PSIQ to complete the form. He was coded as unqualified for treatment because the program does not have materials available in large print or other means of accommodating a participant with severe visual impairment.

Completed by Caperton, Jennifer PhD, LSOTP on 04/17/2014 15:27

Case 3:12-cr-00171-KAC-JEM  Document 54  Filed 02/09/17  Page 36 of 42  PageID #: 532

## RADIOLOGY REPORT

NAME:    FOUT, STEVEN MARSHALL  
DOB:    08/23/1989  
AGE:    22    SEX: M  
PT TYPE:  2  
ROOM:  
ADMIT:    04/04/2012  
DISCH:    04/04/2012  

STUDY DATE: 04/04/2012 08:36    **FCI ENGLEWOOD**  
MR #:    31457    **REG #**  
ACCT #:    10662195  
FILM #:    35582    # 4 5 5 9 5 - 0 7 4  
ORDER PHY:  KEN KOZAWA, M.D.  
ADMIT PHY:  
REFER PHY:  

ORDER ID: 7222108          STUDY:  MRI BRAIN WWO CONT  
CPT CODE: 70553  
REASON FOR PROCEDURE:  NEUROFIBROMATOSIS  

**EXAM(S):**
MRI of the brain with without contrast 04/04/2012

Multiplanar MR images of the brain were obtained prior to and following injection gadolinium contrast. Comparison 03/11/2010 and 03/29/2011

Again seen is enlargement of the optic nerves at the optic chiasm up to 12 mm in craniocaudad thickness at the chiasm unchanged from previous exam. These findings are consistent with optic nerve malleolus. There is no abnormal enhancement of the optic chiasm. The optic nerves a taper to a normal sized in the orbits. There is enlargement of the basal ganglia right greater than left with a subtle increased enhancement in the area 21-24 mm stable compared to the previous exams consistent with hamartomas. No other abnormalities seen. There is minimal mucosal thickening in the left maxillary sinus.

**IMPRESSION(S):**
1) Stable appearance of bilateral optic nerve glial most with enlargement the optic nerves and optic chiasm but to a 12 mm in thickness with no abnormal enhancement.
2) Stable appearance of bilateral basal ganglia hamartomas with subtle enhancement 21 24 mm right greater than left

```
*** THIS IS AN ELECTRONICALLY VERIFIED REPORT ***
4/4/2012 11:44 AM:   Lynda Rogers, M.D.
```

Lynda Rogers, M.D.

D:    04/04/2012/11:44/LR  
T:    04/04/2012/11:44/lkr  
Job #: 33016  

Pt Name: Fout, Steven Marshall          MR #: 31457      Acct #: 10662195

COPY          Page 1 of 1

UNITED STATES OF AMERICA, Plaintiff-Appellee, v. <u>STEVEN</u> <u>FOUT</u>, Defendant-Appellant.
UNITED STATES COURT OF APPEALS FOR THE SIXTH CIRCUIT
614 Fed. Appx. 335; 2015 U.S. App. LEXIS 9977; 2015 FED App. 0438N (6th Cir.)
15a0438n.06Case No. 14-5230
June 10, 2015, Filed

**Notice:**

**NOT RECOMMENDED FOR FULL-TEXT PUBLICATION. SIXTH CIRCUIT RULE 28 LIMITS CITATION TO SPECIFIC SITUATIONS. PLEASE SEE RULE 28 BEFORE CITING IN A PROCEEDING IN A COURT IN THE SIXTH CIRCUIT. IF CITED, A COPY MUST BE SERVED ON OTHER PARTIES AND THE COURT. THIS NOTICE IS TO BE PROMINENTLY DISPLAYED IF THIS DECISION IS REPRODUCED.**

**Editorial Information: Prior History**

ON APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TENNESSEE.United States v. Fout, 2013 U.S. Dist. LEXIS 31575 (E.D. Tenn., Mar. 4, 2013)

**Disposition:**
AFFIRMED.

**Counsel**              For UNITED STATES OF AMERICA, Plaintiff - Appellee: Matthew T. Morris, Assistant U.S. Attorney, Office of the U.S. Attorney, Knoxville, TN.
                     For **STEVEN** MARSHALL **FOUT**, Defendant - Appellant: Laura E. Davis, Assistant Federal Public Defender, Federal Defender Services, Knoxville, TN.
**Judges:** BEFORE: SILER, BATCHELDER, and ROGERS, Circuit Judges.

**CASE SUMMARY**On guilty plea to possession and distribution of child pornography, in violation of 18 U.S.C.S. § 2252A, 151-month prison sentence was proper because any error in determination as to defendant's level of intellectual functioning was harmless and defendant's argument that he faced increased risk of injury or abuse in prison was addressed by court.

**OVERVIEW:** HOLDINGS: [1]-The district court's disclaimer that defendant's level of intellectual functioning did not alter its analysis as to length of incarceration, when taken together with the fact that defendant received a bottom-of-the-range sentence for possession and distribution of child pornography in violation of 18 U.S.C.S. § 2252A, conclusively demonstrated that any alleged error did not cause defendant to receive a more severe sentence. Any error in determination as to defendant's level of intellectual functioning was harmless; [2]-Defendant's argument that the district court's assessment of his functioning was based on facts not in evidence was simply a disagreement with the relative weight the court gave to defendant's formal diagnosis; [3]-The district court properly ruled on the blind and frail defendant's argument that he faced an increased risk of injury or abuse in prison.

**OUTCOME:** Sentence affirmed.

A06CASES                                    1

© 2016 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

## Examination

General Examination:
    GENERAL APPEARANCE: alert, well hydrated, in no distress . PERIPHERAL PULSES: 2+ carotid.
Neurological:
    CORTICAL FUNCTIONS: alert and oriented X 3, speech fluent. CRANIAL NERVES: complete blindness
on the right side. Finger counting at 18 inches on the left side. Fundus examination reveals disc pallor. Bilateral
No facial or tongue weakness is noted. MOTOR STRENGTH: bulk is normal, function is normal, strength is
normal in all limbs, there are no abnormal movements, tone normal . SENSORY: normal.
REFLEXES: bilaterally symmetrical, babinski negative. PLANTARS: downgoing bilaterally. CEREBELLAR
SIGNS: absent. COORDINATION: no truncal ataxia. GAIT AND STATION: Gait abnormalities related to
patient's blindness. SPEECH: normal. INVOLUNTARY MOVEMENTS: no tremors seen .

## Physical Examination

Skin lesions are noted consistent with a neurofibromatosis. Caf au lait spots present in the right lower cervical
area.

## Assessments

1. Optic glioma - C72.30 (Primary)
2. Neurofibromatosis - Q85.00

## Treatment

1. Optic glioma
Notes: Side-to-side comparison with prior MRI scan is planned. Findings will be discussed with the radiologist.
Based on present review of MRI scan dated 9/21/2015, stability of the lesion will be assessed.
It is doubtful if patient needs further intervention at this time.
Patient should be kept under surveillance for any new tumors.

## Follow Up

prn

FCI
* 45595·074
Englewood

Electronically signed by Hakumat Kakkar on 11/17/2015 at 02:33 PM MST

Sign off status: Completed

Neurology Of The West
1001 W Mineral Ave
Littleton CO 80120
Tel: 303-750-8988
Fax: 303-476-4445

Patient: Fout, Steven                                         Provider: Kakkar, Hakumat Rai,
DOB: 08/23/1989                                                              Date: 11/13/2015

Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)



# COLORADO RETINA ASSOCIATES
Consulting Physicians & Surgeons for Vitreo-Retinal Disorders

FC8

8101 E. Lowry Blvd., Suite 210
Denver, CO 80230
303-261-1600

*45595-Ø74*
*Englewood*

Date: September 10, 2015

**RE:** Steven Fout          **DOB:** 08/23/1989          **AGE:** 26 years

Thomas Kraus MD
9595 W Quincy Ave
Littleton,CO 80123-

Dear Thomas,

Thank you for the opportunity to see Steven Fout.

## Visual Acuity

| Va OD | | | Distance | | | | | | Near | | | | | |
|-------|--|--|----------|--|--|--|--|-----|------|--|--|--|--|-----|
| Dva cc | mod | Dva | sc | mod | Dva ph | mod | Dva | Other | Nva cc | mod | Nva sc | mod | Nva other |
| NLP | | | | | | | | | | | | | |

| Va OS | | | Distance | | | | | | Near | | | | | |
|-------|--|--|----------|--|--|--|--|-----|------|--|--|--|--|-----|
| Dva cc | mod | Dva | sc | mod | Dva ph | mod | Dva | Other | Nva cc | mod | Nva | sc | mod | Nva other |
| CF1 | | | | NI | | | | | | | | | |

### IOP SUMMARY

| Date | Time | OD | OS | Method | Measured by | Dilated | Comment |
|------|------|----|----|--------|-------------|---------|---------|
| 09/10/2015 | 1:00 PM | 13 | 15 | Tonopen w/Proparacai | Christopher Martinez | | |

My discussion with the patient and recommendations are:

| # | Detail Type | Description |
|---|-------------|-------------|
| 1. | Assessment | Optic nerve atrophy (377.10). |
| | Impression | h/o ONH tumor OU per pt dx appx 15 yrs ago s/p Chemo, NLP |
| | | Optic nerve atrophy - no visible intra-ocular tumor |
| | | Neorofibromatosis type 1 |
| | Plan | Discussed findings with patient in detail. |
| | | BSCAN today shows no visible intra-ocular tumor OU. Recommend MRI for possible tumor |
| | | behind optic nerve OU. |
| | | Patient is released to primary care. |
| | | Return here as needed. |

Case 3:12-cr-00171-KAC-JEM   Document 54   Filed 02/09/17   Page 40 of 42   PageID #: 536

REGNO..: 45595-074 NAME: FOUT, STEVEN MARSHALL


------------------------CURRENT COMPUTATION NO: 010 --------------------------


COMPUTATION 010 WAS LAST UPDATED ON 07-06-2016 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 04-01-2014 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010

DATE COMPUTATION BEGAN..........: 02-20-2014
TOTAL TERM IN EFFECT............:   151 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:    12 YEARS      7 MONTHS
EARLIEST DATE OF OFFENSE........: 10-01-2009

JAIL CREDIT.....................:    FROM DATE       THRU DATE
                                    12-19-2012      02-19-2014

TOTAL PRIOR CREDIT TIME.........: 428
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 509
TOTAL GCT EARNED................: 117
STATUTORY RELEASE DATE PROJECTED: 02-25-2024
EXPIRATION FULL TERM DATE.......: 07-18-2025
TIME SERVED.....................:     3 YEARS    10 MONTHS     24 DAYS
PERCENTAGE OF FULL TERM SERVED..:  30.9

PROJECTED SATISFACTION DATE.....: 02-25-2024
PROJECTED SATISFACTION METHOD...: GCT REL

REMARKS.......: 04-28-16 GCT UPDT B/CMS.6-2-16 ADMIN REM RESTORED DIS B/PLG.
                7-6-16 GCT UPDT B/PLG.


G0000       TRANSACTION SUCCESSFULLY COMPLETED

Ms. Janice Jefferies
157 Limestone Dr.
Sweetwater, TN 37874



U.S. POSTAGE
PAID
SWEETWATER, TN
37874
FEB 06, 17
AMOUNT
**$2.03**
R2305M143586-10







1000                37902

**RECEIVED**

FEB 08 2017

Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

Honorable Judge Thomas W. Phillips,
Sixth District of Eastern Tennessee
800 Market St. Suite 130
Knoxville, TN 37902

**INSPECTED**